UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA WRIGHT, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　- against -<br><br>DOLLAR GENERAL CORPORATION,<br><br>　　　　　　Defendant. | 5:23-cv-00646-FJS-ML |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Each side shall bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   December 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Sheehan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　/s/Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　　　　Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　　　　spencer@spencersheehan.com
　　　　　　　　　　　　　　　　　　　　　　　60 Cuttermill Rd Ste 412
　　　　　　　　　　　　　　　　　　　　　　　Great Neck NY 11021
　　　　　　　　　　　　　　　　　　　　　　　Tel: (516) 268-7080

IT IS SO ORDERED.

Date: December 14, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Frederick J. Scullin, Jr.
　　　　　　　　　　　　　　　　Senior United States District Judge